**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| EMMANUEL ETIENNE, | : | CIVIL ACTION |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | NO. 10-5522 |
| RAYMOND SOBINA, et al. | : | |
| | : | |
| Respondents. | : | |

## ORDER

AND NOW, on this 10th day of August, 2011, upon consideration of Petitioner

Emmanuel Etienne's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No.

1) and his Amended Petition (ECF No. 10), United States Magistrate Judge Carol Sandra Moore

Wells's Report and Recommendation dated March 30, 2011 (ECF No. 14), Petitioner's

objections thereto (ECF No. 18), and all related filings, and for the reasons in the accompanying

Memorandum on Petitions for Writ of Habeas Corpus, it is hereby ORDERED as follows:

1.  The Report and Recommendation (ECF No. 14) is APPROVED and ADOPTED

    consistent with the accompanying Memorandum;

2.  Petitioner's Objections to the Report of Recommendation (ECF No. 18) are

    OVERRULED;

3.  Petitioner's Petition for Writ of Habeas Corpus (ECF No. 1) and Amended

    Petition (ECF N0. 10) are DENIED with prejudice and DISMISSED without an

    evidentiary hearing;

4.  There is no probable cause to issue a certificate of appealability;

5.      The Clerk shall mark this matter as CLOSED for statistical purposes.

BY THE COURT:

/s/ Michael M. Baylson
Michael M. Baylson, U.S.D.J.

O:\Todd\10-5522 Etienne v. Sobina\Etienne - Habeas Order.wpd